# United States District Court
## *Southern District of Georgia*

Jerry Lee Clark, Sr.

                            JUDGMENT IN A CIVIL CASE

V.                 CASE NUMBER: CV417-161

John T. Wilcher

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 30, 2018, Plaintiff's complaint is dismissed without prejudice. This action stands closed.

March 30, 2018            Scott L. Poff
*Date*                           *Clerk*

                                    *(By) Deputy Clerk*